IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Wargacki, Julianne M | Case Number: 05 B 35901 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 9/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 17, 2008
Confirmed: October 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 54,289.53 | |
| Secured: | | 10,747.07 |
| Unsecured: | | 25,090.26 |
| Priority: | | 12,668.45 |
| Administrative: | | 2,894.00 |
| Trustee Fee: | | 2,843.46 |
| Other Funds: | | 46.29 |
| Totals: | 54,289.53 | 54,289.53 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,894.00 | 2,894.00 |
| 2. | Citizens Bank | Secured | 0.00 | 0.00 |
| 3. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 4. | Village Green Condominium Association | Secured | 0.00 | 0.00 |
| 5. | CCO Mortgage/RBS Citizens | Secured | 4,189.45 | 771.00 |
| 6. | Citizens Bank | Secured | 717.89 | 422.98 |
| 7. | Triad Financial Services | Secured | 8,953.09 | 8,953.09 |
| 8. | Sears Roebuck & Co | Secured | 600.00 | 600.00 |
| 9. | Illinois Dept of Revenue | Priority | 3,772.76 | 3,772.76 |
| 10. | Internal Revenue Service | Priority | 24,872.93 | 8,895.69 |
| 11. | Portfolio Recovery Associates | Unsecured | 19,815.22 | 5,781.63 |
| 12. | Capital One | Unsecured | 890.56 | 259.87 |
| 13. | Marshall Field & Company | Unsecured | 101.91 | 18.66 |
| 14. | Triad Financial Services | Unsecured | 5,943.74 | 1,734.24 |
| 15. | Illinois Dept of Revenue | Unsecured | 968.75 | 282.70 |
| 16. | Resurgent Capital Services | Unsecured | 219.38 | 57.35 |
| 17. | RoundUp Funding LLC | Unsecured | 1,507.42 | 439.82 |
| 18. | Discover Financial Services | Unsecured | 13,676.24 | 3,990.41 |
| 19. | RoundUp Funding LLC | Unsecured | 10,594.52 | 3,091.23 |
| 20. | RoundUp Funding LLC | Unsecured | 8,477.60 | 2,473.57 |
| 21. | McLeod USA | Unsecured | 152.45 | 34.85 |
| 22. | Resurgent Capital Services | Unsecured | 3,234.86 | 943.85 |
| 23. | Resurgent Capital Services | Unsecured | 6,864.73 | 2,002.96 |
| 24. | RoundUp Funding LLC | Unsecured | 10,777.11 | 3,144.49 |
| 25. | Internal Revenue Service | Unsecured | 12,836.33 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wargacki, Julianne M | | Case Number: 05 B 35901 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | | Filed: 9/7/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Kohl's/Kohl's Dept Stores | Unsecured | 281.90 | 73.71 |
| 27. | T Mobile USA | Unsecured | 269.26 | 70.38 |
| 28. | RoundUp Funding LLC | Unsecured | 2,366.70 | 690.54 |
| 29. | Christ Hospital | Unsecured | | No Claim Filed |
| 30. | CCB Credit Services Inc. | Unsecured | | No Claim Filed |
| 31. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 32. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 33. | Citibank | Unsecured | | No Claim Filed |
| 34. | Fashion Services Corp | Unsecured | | No Claim Filed |
| 35. | Resort Financial Specialists | Unsecured | | No Claim Filed |
| 36. | Harrah's | Unsecured | | No Claim Filed |
| 37. | Cash America Financial Services | Unsecured | | No Claim Filed |

$ 144,978.80     $ 51,399.78

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,160.88 |
| 5% | 206.92 |
| 4.8% | 721.41 |
| 5.4% | 754.25 |

$ 2,843.46

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

